# United States Bankruptcy Court
## Northern District Of Illinois

In re __Benjamin Cisneros, Jr.__,
Debtor

Case No. __13 B 44208__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__   Check one ☐ With the filing of the petition, or
                       ☑ On or before __Dec. 13, 2013__

$ __76.50__ on or before __January 10, 2014__

$ __76.50__ on or before __February 7, 2014__

$ __76.50__ on or before __March 7, 2014__

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV 21 2013__

_/s/ Pamela S. Hollis_
United States Bankruptcy Judge